IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-384-BR

| | |
|---|---|
| Arsenio Martez Rivers,<br>    Plaintiff,<br>v.<br><br>Chief Brian Rhodes of the Mount Olive<br>Police, individually and in his official<br>capacity, et al.,<br>    Defendants | ORDER |

Plaintiff, Arsenio Martez Rivers, has moved for Entry of Default [D.E. 12] against defendants, Brian Rhodes, Ian Dillard, and Kelly Grady of the Mount Olive Police Department ("defendants") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the Court's docket, the undersigned finds that defendants filed a motion for extension of time on July 8, 2014 [D.E. 7]. On July 17, 2014, an order was issued granting defendants an extension of time up to and including August 20, 2014 in which to file their answer or responsive pleading to plaintiff's complaint [D.E. 8]. On August 20, 2014, defendants, Brian Rhodes, Ian Dillard and Kelly Grady filed their answer to plaintiff's complaint [D.E. 10].

Based on the foregoing, Plaintiff's Motion for Entry of Default as to defendants, Brian Rhodes, Ian Dillard and Kelly Grady is hereby DENIED.

SO ORDERED. This the 6th day of October 2014.

_____
Julie A. Richards
Clerk of Court