IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-384-BR

| ARSENIO MARTEZ RIVERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHIEF BRIAN RHODES, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for a court-hosted mediated settlement conference pursuant to Local ADR Rule 101.2, EDNC. The motion is ALLOWED. Accordingly, the case is hereby REFERRED to Magistrate Judge Kimberly A. Swank for a settlement conference. The settlement conference shall occur by 2 October 2015. Judge Swank will schedule the conference by separate order.

This 21 August 2015.

_____
W. Earl Britt
Senior U.S. District Judge